## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA POPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   20-cv-778 JPG |
| | ) |
| | ) |
| USA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. The parties have presented a signed stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 27, 2021

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE